**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re

Hermogenes Abad

CHAPTER 13
CASE NO. 12-26435-RAM

Debtor(s)
_________________________________/

**AMENDED[1] RESPONSE TO MOTION TO VALUE/DETERMINE SECURED STATUS (DE#44) FILED BY HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-AB1 REGARDING REAL PROPERTY**

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-AB1 ("Creditor"), files its Amended Response to the Motion to Value / Determine Secured Status (DE#44) filed by the Debtor as to the following Property: REAL PROPERTY LOCATED: 6060 W 21 CT APT 405 HIALEAH, FL 330160000, LEGALLY DESCRIBED AS: UNIT NO. 405, BUILDING 6060 OF VALENCIA TOWERS, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 24007, AT PAGE 2828, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AND ALL AMENDMENTS THERETO AS SET FORTH IN SAID DECLARATION ("Property") and states as follows:

**Non-filing Co-Owner of the Property at Issue**

1. There is a non-filing co-owner on the account, Nery De Leon. Ms. De Leon is a signor on the Mortgage on the Property at issue, such co-obligor is also a co-owner of the Property. The Debtor can not modify the lien to eliminate it as to the co-obligor. Based upon the fact that a non-filing co-obligor/co-owner exists, Creditor's lien rights vis-a-vis such co-obligor/co-owner should not and can not be abridged under Sections 1322(b)(2) and 506(d) of

[1]Amended to correct the misstatement that Nery De Leon signed the Note. Ms. DeLeon signed the Mortgage only and is a title owner on the Deed.

the Bankruptcy Code. Additionally, there is no provision under state law which allow the debt to be stripped. *Butner v. US*; 440 U.S. 48, 99 S.Ct. 914 (1979) (issues in Bankruptcy that relate to real estate are determined based on applicable state law)

**Valuation Dispute**

2. If the Court determines Debtor may value the property, which Creditor argues it cannot, then Creditor also objects to the proposed valuation as it is not indicative of the "Market Value" of the Property, i.e. what a willing buyer and a willing seller negotiate in an arms length transaction, with neither party acting under compulsion nor both parties with knowledge of the material facts and circumstances of the transaction.

3. To the extent that it becomes necessary, Creditor reserves the right to appraise the Property in order to determine its value in order to oppose the Debtor's motion on the basis of valuation.

4. The Debtor's Motion should be denied or in the alternative the Creditor prays the Court enter an Order setting the matter for hearing.

**Certification as to Admission to the Southern District Bar**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I hereby certify that if the above is a matter requiring a hearing rather than negative notice, I have attempted to resolve the disputes involved with opposing parties prior to requesting any hearing on the above Motion.

/s/ Nicole M Mariani

Nicole M Mariani
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax: (813) 229-3323
nmariani@kasslaw.com
Florida Bar No. 69883

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on November 7, 2012, by U.S. Mail and/or electronic mail via CM/ECF to: Hermogenes Abad , 6045 NW 186th Street, #113, Miami Lakes, FL 33015; Nery Delon at his/her place of abode, 6060 W 21 CT APT 405, HIALEAH, FL 330160000; Janet C Tacoronte, Esq, 14750 NW 77 Ct. #309, Miami Lakes, FL 33016; Nancy N. Herkert, Trustee, P.O. Box 279806, Miramar, FL 33027-9806.

/s/ Nicole M Mariani
Nicole M Mariani (x1343)

1000066B/rlr